**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-3294 RMR

COLORADO CONSERVATION ALLIANCE,
a Colorado Nonprofit Corporation,
CHRISTOPHER JURNEY,
and MICHAEL CLARK,

      Petitioners,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,
COLORADO PARKS AND WILDLIFE COMMISSION,
COLORADO DIVISION OF PARKS AND WILDLIFE,
DAN GIBBS, in his official capacity as Executive Director
of the Colorado DEPARTMENT OF NATURAL RESOURCES,
and JEFF DAVIS, in his official capacity as Director of
COLORADO DIVISION OF PARKS AND WILDLIFE.

      Respondents.

and

DEFENDERS OF WILDLIFE, CENTER FOR BIOLOGICAL
DIVERSITY, HUMAN SOCIETY OF THE UNITED STATES,
WESTERN WATERSHEDS PROJECT AND WILDEARTH
GUARDIANS,

      Respondent Intervenors.

---

**APPENDIX IN SUPPORT OF SECOND MOTION FOR RELIEF FROM ORDER ON
MOTIONS TO DISMISS AND SECOND MOTION TO TAKE JUDICIAL NOTICE**

---

Pursuant to the Court's Uniform Civil Practice Standard 7.1(a)(3), Petitioners

hereby submit this Appendix in support of their Motion for Relief from Order on Motions to

Dismiss and their Second Motion to Take Judicial Notice. The Appendix contains:

1. Declaration of Gary R. Leistico **Appx. 001 – 003.**

2. Colorado Parks and Wildlife Colorado Gray Wolf Annual Report, for the time period April 1, 2024 – March 31, 2025  **Appx. 004 – 026.**

Respectfully submitted July 31, 2025

/s/ Gary R. Leistico
Gary R. Leistico
Minnesota State Bar No. 24448X,
*Admitted in the U.S. District Court for the District of Colorado*
LEISTICO & ESCH, PLLC
P.O. Box 365
Clear Lake, MN 55319
Direct: (320) 267-6721
Fax: (763) 392-0757
Email: gleistico@leisticoesch.com

ATTORNEYS FOR PETITIONERS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-3294 RMR

COLORADO CONSERVATION ALLIANCE,
a Colorado Nonprofit Corporation,
CHRISTOPHER JURNEY,
and MICHAEL CLARK,

      Petitioners,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,
COLORADO PARKS AND WILDLIFE COMMISSION,
COLORADO DIVISION OF PARKS AND WILDLIFE,
DAN GIBBS, in his official capacity as Executive Director
of the Colorado DEPARTMENT OF NATURAL RESOURCES,
and JEFF DAVIS, in his official capacity as Director of
COLORADO DIVISION OF PARKS AND WILDLIFE.

      Respondents.

and

DEFENDERS OF WILDLIFE, CENTER FOR BIOLOGICAL
DIVERSITY, HUMANE SOCIETY OF THE UNITED STATES,
WESTERN WATERSHEDS PROJECT AND WILDEARTH
GUARDIANS,

      Respondent Intervenors.

---

## DECLARATION OF GARY R. LEISTICO

---

I, Gary R. Leistico, do upon personal knowledge state and declare as follows:

1

1.  I am an attorney representing the Petitioners in the above-entitled action.

2.  The Colorado Parks and Wildlife Colorado Gray Wolf Annual Report, for the time period April 1, 2024 to March 31, 2025 ("Annual Report"), is attached to this Appendix, may be retrieved from:

    https://cpw.widen.net/s/zrwlvknhpr/2024-2025-gray-wolf-annual-report

3.  Neither myself nor anyone from my office received or sought special permission to access the Annual Report. I believe the Annual Report may be accessed by anyone from the public, and it is a public document. This document was not provided to us by Respondents nor Respondent-Intervenors.

4.  We discovered the new annual report on July 21, 2025. Based on information on Colorado Parks and Wildlife's website, it appears that the Annual Report was released to the public on June 27, 2025. We have reviewed the Annual Report and determined that filing the accompanying motions is proper and necessary.

5.  I met and conferred with all opposing counsel regarding our Second Motion for Relief from Order on Motions to Dismiss and our Second Motion to Take Judicial Notice via email on July 30, 2025. All Respondents and Respondent-Intervenors oppose these Motions.

2

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated: July 31, 2025

/s/ Gary R. Leistico
Gary R. Leistico

**Appx. 003**

COLORADO    PARKS    &    WILDLIFE

2024-2025

# Colorado Gray Wolf Annual Report

Gray wolf status, management, monitoring and research, and education and outreach



© CPW PHOTOS



Published by the Colorado Department of Natural Resources, Colorado Parks and Wildlife, and dedicated to the conservation and enjoyment of Colorado outdoors — its animals, fish, soil, forests, prairies and waters.

**State of Colorad**
Jared Polis ............................................................Governor

**Department of Natural Resources**
Dan Gibbs ............................................Executive Director

**Colorado Parks and Wildlife Commission**
The Commission (as of May 2025):
Dallas May, Chair • Richard Reading, Vice Chair • Karen Michelle Bailey, Secretary • Jessica Beaulieu, member • Marie Haskett, member • Tai Jacober, member • Jack Murphy, member • Gabriel Otero, member • Murphy Robinson, member • James Jay Tutchton, member • Eden Vardy, member • Dan Gibbs, ex officio member • Jeff Davis, ex officio member • Kate Greenberg, ex officio member

**Parks and Wildlife Director's Staff**
Jeff Davis ................................................................Director
Reid DeWalt............................................Deputy Director
Heather Disney Dugan.......................Deputy Director
Travis Black .......................................Regional Manager, Northwest Region
Cory Chick .........................................Regional Manager, Southwest Region
Brian Dreher ...............Assistant Director, Terrestrial Wildlife
Fletcher Jacobs ......................................Assistant Director, Outdoor Recreation and Lands
Kelly Kaemerer ......................................Assistant Director, Information and Education
Mark Leslie......................................Regional Manager, Northeast Region
Frank McGee......................................Regional Manager, Southeast Region
Matt Nicholl .................Assistant Director, Aquatic Wildlife
Ty Petersburg.......................................Assistant Director, Field Services
Mike Quartuch....................................Assistant Director, Policy and Planning
Justin Rutter ...............Assistant Director, Financial Services

# Colorado Gray Wolf (*Canis lupus*) Annual Report

April 1, 2024 - March 31, 2025

This report documents the status of gray wolves (Canis lupus), wolf management, wolf monitoring, research related to wolves, and education and outreach in Colorado during the biological year April 1, 2024 - March 31, 2025. In this report, "2024-2025 Biological Year" represents this timeframe. This report satisfies reporting requirements as specified in state statute (CRS 33-2-105.7 (4)), the U.S. Fish and Wildlife Service (USFWS) Nonessential, Experimental Rule {10(j)}, and the Colorado Wolf Restoration and Management Plan.

This is the second Colorado Gray Wolf Annual Report produced by Colorado Parks and Wildlife (CPW).



One of the gray wolves that were captured in British Columbia and then released in Colorado in January 2025.

© CPW PHOTO

**Colorado Parks and Wildlife**
**Appx. 005**

# History and Background

**History of Colorado Wolves**

Gray wolves historically occupied all portions of the state of Colorado and are considered a native species to the state. The species was eradicated from Colorado in the mid 1940's. After the reintroductions of wolves to Yellowstone National Park and central Idaho in the mid 1990's, wolves have been periodically confirmed to have traveled into Colorado, but a self-sustaining population has not been present since the time of eradication.

**Background leading up to the restoration effort.**

On Nov. 3, 2020, Proposition 114 was approved by Colorado voters and is now codified into state statute at CRS 33-2-105.8. State law directs the Parks and Wildlife Commission (hereafter, Commission) to "develop a plan to restore and manage gray wolves in Colorado, using the best scientific data available" and "hold statewide hearings to acquire information to be considered in developing such a plan, including scientific, economic, and social considerations pertaining to such restoration." The voter-approved statute required the Commission to take the steps necessary to begin restoration of gray wolves in Colorado west of the Continental Divide no later than Dec. 31, 2023.

To develop the Wolf Restoration and Management Plan (hereafter, Plan), CPW worked with the Keystone Policy Center to hold public meetings, collecting feedback from more than 4,000 individuals. Additionally, CPW appointed two advisory bodies: a Technical Working Group (TWG) and a Stakeholder Advisory Group (SAG). The Technical Working Group consisted of agency and academic scientists and managers with experience in wolf reintroduction and management, as well as others who provided a variety of perspectives and scientific and policy expertise toward the development of conservation objectives, management strategies, and damage prevention and compensation planning. The Stakeholder Advisory Group (SAG) consisted of wolf advocates, sportspersons, tribal representatives, outfitters, and livestock owners, with some members who represented multiple perspectives, who addressed such issues as when lethal and non-lethal measures would be appropriate and provided recommendations to staff as they drafted a wolf reintroduction plan.

The primary goal of the Plan is to identify the steps needed to recover and maintain a viable, self-sustaining wolf population in Colorado while concurrently working to minimize wolf-related conflicts with domestic animals and people. CPW presented the draft Plan to the Parks and Wildlife Commission on December 9, 2022. CPW and the Commission then held a series of public meetings where the public voiced their concerns and support with materials presented in the draft Plan.

Those were discussed by the Commission who recommended edits.

The Final Colorado Wolf Restoration and Management Plan (available at: https://cpw.state.co.us/Documents/Wolves/2023-Final-CO-Wolf-Plan.pdf) was approved by the Parks and Wildlife Commission on May 3, 2023, through a unanimous 11-0 vote. The Plan was the culmination of two-and-a-half years of extensive statewide stakeholder meetings and public outreach to develop a science-based approach that incorporated the biological needs of the gray wolf and the social concerns of Colorado's citizens.

The Plan sets recovery benchmarks for removing gray wolves from the state's Endangered and Threatened species list. The recovery goals in the Colorado Wolf Restoration and Management Plan are not directly relevant to federal recovery goals.

# Legal Status of Gray Wolves in Colorado

**Federal**

Throughout Colorado, wolves are federally listed as an Endangered Species, under the Endangered Species Act (ESA) for which the USFWS has management authority. As a federally listed species, take is prohibited. Take, as defined under the ESA, means "to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or to attempt to engage in any such conduct." A nonessential, experimental status has been established for the wolf population in Colorado under Section 10(j) of the ESA. This status relaxes some of the take prohibitions and allows opportunistic hazing; non-injurious, intentional hazing; lethal removal for wolves "in the act" of attacking livestock; and in situations where livestock depredation has been deemed 'chronic' and it has been determined that an agency-directed control action is appropriate.

There are no Federal Recovery goals for gray wolves in Colorado.

**State**

Gray wolves are listed as State Endangered under CPW regulations (#1002 A.1.). Wolves are classified as a nongame species (#1004. A. 6.).

The Wolf Restoration and Management Plan describes state downlisting and delisting goals. To be downlisted from State Endangered to State Threatened, there must be a minimum count of 50 wolves (see Monitoring section below) for a period of 4 years. To be delisted from State Threatened to State delisted, nongame status, there must be a minimum count of 150 wolves for a period of 2 years, or 200 wolves, with no time constraint.

There is currently no population objective (maximum desired population size) for wolves in Colorado.



Gray wolves run across snow-covered terrain during capture operations in British Columbia, Canada, in January 2025.

© CPW PHOTO

**Appx. 006**

## Restoration of Wolves

The restoration of wolves is a multi-year effort, with intentions to release 10-15 wolves per year for 3-5 years. Releases will occur in locations west of the Continental Divide, with a 60-mile buffer from Tribal lands to the south, and the northern and western borders of the state. 2023-2024 was the first year, and 2024-2025 was the second year of re-introductions of wolves to Colorado. Upon the completion of this 3-5 year effort, CPW will continue to monitor the wolf population and will supplement the restoration effort with additional releases if necessary.

The restoration efforts during the 2024-2025 biological year complement the efforts from 2023, as documented in the 2023-2024 Gray Wolf Annual Report. The restoration of wolves in the 2024-2025 biological year was conducted in three separate but related phases: capture, translocation, and release. Each of these phases is described below.

### Capture

An agreement was signed between Colorado Parks and Wildlife and the British Columbia Ministry of Water Land and Resource Stewardship (BC WLRS) to transfer up to 15 wolves from British Columbia to Colorado (Appendix 1). Wolves were captured in British Columbia from an area where there is no livestock activity. It is not believed that this will prevent wolf-livestock conflict, but this was intentional in response to criticism from last year's effort.

The capture effort began on January 10, 2025 (Table 1). Five wolves were captured on the first two days (January 10 and 11), and were released in Colorado on January 12, 2025. Five additional wolves were captured January 12 and 13 and released in Colorado on January 14. The final five wolves were captured January 14 and 15 and released on January 16.

Wolves were captured in British Columbia using a helicopter and net-guns. Eleven CPW staff traveled to British Columbia to participate in the capture effort. Additionally, six staff from BC WLRS participated in the effort. This team was supported by the helicopter pilots, and contract veterinarians. A total of 20 staff members were involved in the capture side of the operation.

Upon capture, wolves were assessed for candidacy for translocation. To be considered for translocation, wolves had to be 1-5 years old (no pups were candidates for translocation); had to have at least 3 functional canine teeth; had to have both eyes present, functional, and in good condition; had to have a body condition of fair or better; had to not have any fractures or missing limbs; had to have no evidence of mange or lice infestation; had to have no severe injury or injury that was untreatable with on-site care at capture; had to not be from a currently chronically depredating pack; and had to have a negative heart-worm test.

After ensuring that the captured wolves were good candidates for translocation, each animal was brought back via helicopter to the operations base, where the wolf was weighed and measured, samples of

hair, tissue, blood and feces were collected, and a GPS tracking collar was fitted. The wolves received a high level of veterinary care and were treated for minor ailments.

The following disease treatments and vaccinations were provided to each animal:

- DHPPL vaccine (Distemper, Hepatitis/Adenovirus, Parainfluenza, Parvovirus, Leptospirosis); administered by injection
- Rabies vaccine; administered by injection
- Ivermectin (internal and external parasites-including mites, heartworm, and roundworms); administered by injection
- Praziquantel (internal parasites including hydatid tapeworms, such as Echinococcus spp.); administered by injection
- Fluralaner (external parasites including mites, fleas, ticks), administered topically

| Wolf ID | Sex | Age at Capture | Coat Color | Capture in BC Date | Release in Colorado Date |
|---------|-----|----------------|------------|--------------------|--------------------------|
| 2501-BC | Male | 3 | Gray | 01/10/2025 | 01/12/2025 |
| 2502-BC | Female | 4 | Black | 01/10/2025 | 01/12/2025 |
| 2503-BC | Male | 3 | Gray | 01/10/2025 | 01/12/2025 |
| 2504-BC | Female | 1 | Gray | 01/12/2025 | 01/14/2025 |
| 2505-BC | Male | 3 | Gray | 01/11/2025 | 01/12/2025 |
| 2506-BC | Female | 1 | Gray | 01/11/2025 | 01/12/2025 |
| 2507-BC | Male | 1 | Gray | 01/12/2025 | 01/14/2025 |
| 2508-BC | Female | 1 | Gray | 01/13/2025 | 01/14/2025 |
| 2509-BC | Male | 4 | Gray | 01/13/2025 | 01/14/2025 |
| 2510-BC | Female | 5 | Black | 01/14/2025 | 01/16/2025 |
| 2511-BC | Male | 1 | Gray | 01/13/2025 | 01/14/2025 |
| 2512-BC | Female | 1 | Black | 01/14/2025 | 01/16/2025 |
| 2513-BC | Male | 1 | Gray | 01/15/2025 | 01/16/2025 |
| 2514-BC | Female | 1 | Gray | 01/15/2025 | 01/16/2025 |
| 2516-BC | Female | 4 | Gray | 01/15/2025 | 01/16/2025 |

**Table 1.** Wolves captured in British Columbia for translocation to Colorado, Winter 2024-2025. The naming protocols use a 4 digit number. The first 2 digits indicate the year of capture, and the last 2 digits indicate the gender (males are odd numbers and females even) and the sequence of capture. The '-BC" indicates that these animals were captured in British Columbia.

### Translocation

All 15 wolves that were transported to Colorado for the purposes of restoration were done using private aircraft. A volunteer private pilot donated the use of their airplane via the organization LightHawk Conservation Flying to transport the wolves in 3 separate shipments (5 wolves each on 1/12/25, 1/14/2025, and 1/16/2025).

All wolves were transported in aluminum crates (40.5"L x 27.5"W x 34"H), unsedated, and all wolves handled the trip without incident. Hay and ice blocks were placed in the crates prior to shipment.



Staff unloads a gray wolf from a airplane in Colorado, in January 2025.

© CPW PHOTO

## Colorado Wolf Minimum Count on December 31, 2019–2024

*(bar chart showing Minimum Number of Known Wolves on y-axis from 0 to 15)*

- 2019: 7
- 2020: 2
- 2021: 8
- 2022: 3
- 2023: 12
- 2024: 15

**Figure 1.** Minimum number of known wolves present in Colorado at the end of the calendar year, 2019-2024.

| Origin | Adults | Pups | Total |
|---|---|---|---|
| In Colorado as of 12/31/2024* | 10 | 5 | 15 |
| Translocated in January 2025 | 15 | N/A | 15 |

**Table 2.** Wolves present in Colorado as of 12/31/2024 and translocated in January 2025.

*including 5 wolves in captivity as of 12/31/2024, released in January 2025 (Copper Creek pack)

**Permitting**

The capture, transport and holding of the wolves was authorized under British Columbia's Wildlife Act. The export of wolves from British Columbia to Colorado was permitted under the Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES) and administered by the Canadian Wildlife Service. A British Columbia veterinarian provided health certificates after inspecting each animal selected for translocation to Colorado. CITES inspections were conducted by a Canadian Border Services Agency inspector. U.S. Customs was cleared, and a USFWS inspection occurred at the first port of entry in the United States.

**Release**

Within Colorado, release locations were constrained by several geographic criteria. State statute requires that wolves be released only west of the Continental Divide (CRS 33-2-105.8). Further, CPW buffered neighboring states and tribal lands by 60 miles so that reintroduced wolves would not immediately travel out of Colorado. State and private lands were considered as potential release areas.

Immediately upon arrival at the airport, crated wolves were transported to vehicles for delivery to the release sites. Two separate release sites were used to reintroduce wolves. All releases occurred on state or private lands, and per state statute, west of the Continental Divide. The release timeline is described in Table 1, above.

**Copper Creek Pack**

Because of depredation issues, a trapping effort was employed to capture and relocate the Copper Creek pack to a temporary facility. This effort was conducted in August/September 2024. Both breeding animals and four of the 5 pups were captured. The breeding male was injured (not during the trapping effort) and subsequently died (2309-OR). One pup was never captured. The female and four pups were held at a facility and re-released in January 2025.



A Colorado Parks and Wildlife biologist checks on a gray wolf inside a crate after the wolf was unloaded from a transport plane, January 2025. Five wolves arrived from British Columbia, Canada during this same transport.

© CPW PHOTO



**Annual Wolf Activity Distribution**
April 1, 2024 – March 31, 2025

Number of Months Wolves were Active in a Watershed — Full Biological Year
1-3   4-6   7-9   10-12

**Figure 2a (above) & b (next page).** Watershed map of wolf locations in Colorado. In order for a watershed to indicate wolf activity, at least one GPS point from a wolf collar must have been recorded within the boundaries of the watershed in a month. The darker colors indicate wolves had been in that watershed more months. A watershed is a geographic unit that drains water into a specific waterbody at a HUC 10 scale here. For more information: https://water.usgs.gov/GIS/huc.html a) Full biological year wolf use by watershed (April 1, 2024-March 31, 2025). b) Post translocation wolf use by watershed (January 19, 2025-March 31, 2025). Distribution of wolves without collars is not depicted in these maps.

## Monitoring

### Population Monitoring

There were 15 known wolves in Colorado at the end of the calendar year 2024 (Figure 1 & Table 2). Minimum wolf population counts are done at the end of the calendar year when biologists can distinguish between adult and juvenile wolves, and wolves are often traveling together in packs. The 15 wolves were separate from the 15 wolves that were translocated to Colorado from British Columbia in January 2025.

### Wolf Distribution

Wolves were monitored in the 2024-2025 biological year primarily by tracking GPS collars, as well as ground and aerial observations, genetic analysis of samples, and remote cameras. Most known wolves in Colorado were collared in the 2024-2025 biological year. As wolves naturally reproduce, the proportion of the wolf population that is collared will inherently decrease. Wolf monitoring is in a unique situation right now with such a large proportion of the population outfitted with GPS collars. Translocated wolves associated with both their translocated pack-mates and other translocated wolves for varying amounts of time. Translocated wolves are also associated with wolves already in Colorado. In the biological year 2024-2025, wolves were located primarily in northwest Colorado, but expanded into other areas (Figure 2a & b).

### Reproduction

There was one recognized wolf pack in Colorado in the 2024-2025 biological year. Wolf packs

| Wolf ID | Date of Death (mm/dd/yy) | Cause of Death | Pack at Death | Age at Death |
|---|---|---|---|---|
| Uncollared | 04/03/2024 | Entrapment | N/A | Adult |
| 2303-OR | 04/18/2024 | Interspecific | N/A | 2.0 |
| 2307-OR | 09/09/2024 | Intraspecific | N/A | 3.4 |
| 2309-OR | 09/03/2024 | USFWS Investigation ongoing | Copper Creek | 3.4 |
| 2505-BC | 03/16/2025 | Control Action in Wyoming | N/A | 3.9 |

**Table 3.** Description of wolf mortalities that occurred during 2024-2025 biological year of wolves in Colorado or released in Colorado.



**Number of Months Wolves were Active in a Watershed — Post-translocation**

🟨 1 Month   🟧 2 Months   🟦 3 Months

**Post-translocation Wolf Activity Distribution**
January 19, 2025 – March 31, 2025

Miles: 0  15  30  60  90  120

are only recognized after a breeding pair of wolves reproduce (see Glossary).

There was one known litter in the state of Colorado in the 2024-2025 biological year. There were five pups detected in the Copper Creek pack that all survived until the end of the calendar year.



GPS data from this elk will help CPW biologists monitor survival, cause-specific mortality, and other aspects of ungulate ecology.

© CPW PHOTO

**Wolf Survival and Mortality**

Adult wolf survival was 75% for known wolves in the state of Colorado in the 2024-2025 biological year. There were five known wolf mortalities in this timeframe. Two wolves were killed by natural causes, three wolves were killed by anthropogenic causes (Table 3).

**Wolf-Prey Relationships**

There was no formal examination of wolf predation on wild ungulates in Colorado in the 2024-2025 biological year. CPW biologists opportunistically investigated wolf predation events.

There are several High Intensity Elk/Deer Monitoring Areas which overlap where wolves were present in 2024-2025. In these Monitoring Areas, elk and mule deer were outfitted with GPS collars to monitor survival, cause-specific mortality, and other aspects of ungulate ecology.

While it is premature to make conclusions based on this year's results, 2 ungulates within these monitoring areas were predated. One mule deer buck was predated upon in D-9. This animal was in poor body condition and CWD positive. One elk calf in E-8 was predated. This animal was in excellent body condition. These Monitoring Areas will continue in future years.

# Management

Where wolves and livestock share the landscape, there will be conflict. CPW has developed protocols to investigate and address this conflict both proactively and retroactively.

## CPW Staffing

Wildlife Damage Specialists have been hired to supplement existing field staff with a primary responsibility to assist in depredation investigation, site assessments, deployment of non-lethal tools and other important duties.

A total of 7 Wildlife Damage Specialists were hired in this reporting year, into the following distribution of regions (NW:3 SW:3 NE:1 SE:0).There are plans to continue hiring additional WDS staff and updates will be reported in subsequent years.

## Conflict Minimization

Upon District Wildlife Managers (DWM) receipt of a notification from a livestock producer that there is a need or a desire for conflict minimization tools, the DWM will contact the Wolf Conflict Coordinator or their local Wildlife damage specialist. A site assessment is then either proactively or reactively conducted by trained CPW, CDA, NRCS or WS staff collaboratively with the landowner, evaluating the materials needed, the scale of impact, and risk of conflict.  A timeline is developed and, if appropriate, materials are deployed. A total of 214 site assessment requests across 16 counties were made during the 2024-2025 reporting period with materials being deployed in 9 counties (Table 4).

Conflict minimization materials are deployed based on the following prioritization scale;

- Proximity of livestock to wolves (localizing vs traveling).
- History of depredation associated with the pack of wolves.
- If the requester has had a confirmed depredation.
- Willingness of the landowner to implement AND maintain deployed tools.

At the end of the reporting period, CPW had 28 miles of Fladry, 374 scare devices such as Foxlights,Critter Gitters, motion activated alarms, propane cannons, and airhorns. In addition, partner owned materials that may be deployed in collaboration with CPW included 6 Miles of fladry, 30 Foxlights, 60 trail cameras. It is anticipated that these materials will accumulate in the coming years.

## Summary of projects/tools deployed

Between April 1, 2024, and March 31, 2025, 11.55 miles of fladry were deployed on 7 locations. These projects were completed  in Pitkin County, Grand County, and Jackson county. An estimated average of 200 pairs of cattle were protected for the seven locations for a duration of 45-73 days. For the 5 locations where fladry was deployed during the 2024 calving season, no livestock were lost to wolf depredation while the fladry was deployed.

A variety of funding sources have been secured to support the deployment of nonlethal tools. CPW partner funding include:

- USFWS Wolf Compensation and Conflict Mitigation grant; $75,000
- Born to Be Wild License plate $774,250
- Rocky Mountain Wolf Project $9,474 in materials
- Defender of Wildlife $29,288
- Wolf Conflict Reduction Fund $10,000
- Wolf and Wildlife Center $5,000
- Colorado Wild $1,500

An additional 2.5 million dollars were made available to Colorado producers through the NRCS Regional Conservation Partnership Program - "Stewarding the Working Wild" award. This funding was awarded to Colorado in an effort to incentivize management  practices such as exclusion fencing (electric fence/fladry), carcass management, range riding, and monitoring.

## Range Riding

CPW, in partnership with the Colorado Department of Agriculture (CDA), launched a new Range Rider program. At the conclu-

| County | Site Assessments | Outreach | Scare Device | Carcass Mgmt | Fladry | Range Riding | Night Watch | Total |
|--------|------|------|------|------|------|------|------|------|
| Chaffee | 6 | 1 | 0 | 0 | 0 | 0 | 0 | **7** |
| Delta | 1 | 0 | 0 | 0 | 0 | 0 | 0 | **1** |
| Eagle | 22 | 1 | 3 | 0 | 0 | 0 | 0 | **26** |
| Fremont | 3 | 0 | 0 | 0 | 0 | 0 | 0 | **3** |
| Garfield | 52 | 1 | 3 | 3 | 2 | 3 | 1 | **57** |
| Grand | 9 | 1 | 3 | 3 | 2 | 3 | 1 | **22** |
| Gunnison | 5 | 1 | 0 | 0 | 0 | 0 | 0 | **6** |
| Jackson | 2 | 1 | 11 | 4 | 2 | 1 | 1 | **22** |
| Larimer | 6 | 0 | 0 | 0 | 0 | 0 | 0 | **6** |
| Mesa | 24 | 1 | 1 | 1 | 0 | 0 | 1 | **28** |
| Moffat | 35 | 1 | 1 | 0 | 0 | 0 | 0 | **37** |
| Park | 1 | 1 | 0 | 0 | 0 | 0 | 0 | **2** |
| Pitkin | 11 | 1 | 0 | 0 | 3 | 0 | 0 | **15** |
| Rio Blanco | 19 | 1 | 0 | 1 | 0 | 0 | 0 | **21** |
| Routt | 14 | 1 | 2 | 0 | 0 | 0 | 0 | **16** |
| Summit | 6 | 0 | 0 | 0 | 0 | 0 | 0 | **6** |
| **Total** | **215** | **12** | **25** | **9** | **7** | **4** | **3** | **275** |

**Table 4.** Requests for all conflict minimization efforts nonlethal tool deployment (Site assessments, fladry and other tools/techniques) by county April 1, 2024-March 31, 2025.

*© CPW PHOTOS*

Colorado Parks and Wildlife
**Appx. 011**

sion of this biological year, 6 range riders were hired, though the process to complete the hiring of 12 range riders will continue into the next biological year. A total of 12 skilled riders from local communities will be hired to join two riders from CDA in supporting livestock producers and mitigating potential wolf conflicts beginning this spring.

Range riders are trained personnel with a specialized set of skills who spend time with livestock and deploy hazing techniques to deter wolves. The job requires working closely with livestock producers as well as a strong understanding of animal husbandry and stockmanship techniques.

The 12 range riders have been/will be placed throughout Northwest Colorado. These riders will be available to address predator conflict in Jackson, Grand, Routt, Eagle, Garfield, Pitkin, Summit, Rio Blanco, and Moffat, counties, with potential future expansions planned for Gunnison, Lake, Delta, Chaffee, Park, and Mesa counties. The riders will work up to 22 days per month throughout the five-month on-range season, from April to October with some riders starting early to assist producers with calving and/or lambing.

The season will begin with a mandatory four-day training in late April. The selected riders bring extensive experience in livestock behavior, land management, and animal husbandry. Each hire is providing their own truck, trailer, horses, ATV/UTV, and necessary gear for on-range patrols. Candidates were recommended by local stockgrower or cattlemen's organizations in an effort to work closely with livestock producers and local communities.

Range Rider Responsibilities
- Monitoring Livestock – Riders identify predator presence, monitor livestock health, and proactively haze predators using non-lethal techniques.
- Data Collection – Riders record GPS-tracked routes and document predator signs to aid CPW in understanding predator-livestock interactions.
- Flexible Scheduling – Riders work 4-5 days a week, including night shifts during periods of increased predator activity.
- Specialized Training – Riders are trained on livestock management, wildlife sign identification, hazing methods, and communication strategies.

Revenue from the Born to Be Wild license plate is being used to support the statewide Range Rider Program.

| Damage Dates | Number of Animals | Type of Livestock | Amount Paid |
|---|---|---|---|
| 4/2/2024 | 1 | cattle | $1,784.84 |
| 4/7/2024 | 1 | cattle | $1,514.00 |
| 4/17/24-9/5/24 | 6/9 | cattle/sheep | $15,023.68 |
| 5/2/2024 | 1 | cattle | $1,171.59 |
| 6/9/2024 | 1 | cattle | $1,636.07 |
| 7/7/2024 | 1 | cattle | $1,141.17 |
| 7/19/2024 | 1 | cattle | $1,798.59 |
| 7/19/2024 | 7 | Missing cattle | $12,590.13 |
| 9/9/2024 | 3 | cattle | $5,385.35 |
| 2/5/2025 | 1 | cattle | $2,097.66 |
| **TOTAL** | **32** | | **$44,143.08** |

**Table 5a.** Number and type of depredation incidents and compensation amounts paid to producers April 1, 2024-March 31, 2025.

## Summary of Investigations and Compensation

In the 2024-2025 biological year, CPW staff confirmed 25 wolf depredations (16 cattle and 9 sheep), in 9 damage claims. The total compensation paid for direct losses was $44,143.08 including $31,552.95 for confirmed losses and $12,590.13 for missing animals (Table 5a). Additionally, CPW paid $348,881.53 compensation for missing cattle/sheep and production losses in 3 wolf damage claims (Table 5b). Several wolf damage claims for confirmed losses, missing animals, and production losses are pending PWC review and are not included in these figures, but will be in future years annual reports once settled.

| Dates | Number of Cattle with Decreased Weight/ Conception Rates | Amount Paid |
|---|---|---|
| 4/2/2024 | 248/11 | $54,223.90 |
| 5/23/2024-11/25/2024 | 0/10 | $7,250.00 |
| 4/17/2024-9/5/2024 | 1,470/61 | $287,407.63 |
| **TOTAL** | **1718/82** | **$348,881.53** |

**Table 5b.** Compensation for number of cattle with decreased weights and conception rates paid to producers April 1, 2024-March 31, 2025. The numbers of cattle with decreased weights and rates in this table were documented in 3 itemized wolf claims.

## Take Permits

Wolves are federally protected as an Endangered Species under the Endangered Species Act, so 'take' of individuals can only occur under specific circumstances as defined in the 10(j) rule (Table 6). See also the Wolf Restoration and Management Plan, Chapter 5, Wolf Management.

Intentional harassment, deliberate and pre-planned harassment of wolves, including by less-than-lethal munitions that are designed to cause physical discomfort and temporary physical injury but not

| Permit Type | Requested | Denied | Issued |
|---|---|---|---|
| **NW Region** | | | |
| Injurious Non-Lethal Hazing | 28 | 0 | 28 |
| In the Act Of | 0 | 0 | 0 |
| Chronic Depredation | 1 | 1 | 0 |
| **SW Region** | | | |
| Injurious Non-Lethal Hazing | 1 | 0 | 1 |
| In the Act Of | 0 | 0 | 0 |
| Chronic Depredation | 0 | 0 | 0 |
| **NE Region** | | | |
| Injurious Non-Lethal Hazing | 0 | 0 | 0 |
| In the Act Of | 0 | 0 | 0 |
| Chronic Depredation | 0 | 0 | 0 |
| **SE Region** | | | |
| Injurious Non-Lethal Hazing | 0 | 0 | 0 |
| In the Act Of | 0 | 0 | 0 |
| Chronic Depredation | 0 | 0 | 0 |

**Table 6.** Take permits requested, denied and issued, 2024-2025 Biological Year

death, must be permitted via an "Injurious Non-Lethal Hazing" permit. This permit provides specific methods that may be used to haze wolves (bean bags, rubber buckshot, and/or double balls). Specific direction on how to deploy these methods and where to aim are provided in the permit. Permittees are required to inform CPW within 72 hours of striking a wolf with any of these methods under the permit. These permits are valid for 1 year.

Take of wolves in the act of attacking livestock or working dogs must be permitted by a retroactive "In the Act Of" permit. Attacking livestock or working dogs includes the actual biting, wounding, grasping, or killing of livestock or working dogs or chasing, molesting, or harassing by wolves that would indicate to a reasonable person that such biting, wounding, grasping, or killing of livestock or working dogs is likely to occur at any moment.

CPW received requests to lethally remove depredating wolves, first by a North Park producer and a second request from the North Park Stockgrowers Association. This situation was not deemed to be chronic by CPW and USFWS, in consultation with one another. CPW did not consider issuing permits to address Chronic Depredation that would allow a landowner to lethally remove a wolf not in the act of attacking livestock. When a situation is deemed chronic, Chronic Depredation permits to landowners will only be issued when agency resources are not able to address the situation directly.

## Research

### CPW and Collaborative Research

*Disclaimer: Research results will not be reported until peer-review and publication has been completed. See publication list. Please refer to the CPW 2024 Mammals Research Annual Summary Report for additional project information and preliminary research results. (https://cpw.cvlcollections.org/files/original/bfd64ee6b8a72e0dc792d9b0b942e493.pdf)*

Biological, ecological, and management-related research topics are determined based on information needed for wildlife conservation, CPW staff and Commission input, and public interest. Several research projects related to wolves in Colorado are underway, primarily in the pilot or testing stages. The goal is to refine aspects of these projects over the next few years in order to develop and deploy rigorous long-term research projects.

Much of the current field research takes place in North Park, Colorado (Jackson County), where baseline data are being collected on moose recruitment as well as how wolves and humans may influence elk group sizes and movement patterns. The field portion of these projects will end by summer 2026 and results will be shared following data analysis. Follow-up research may be readdressed once wolves become more established in the area.

Research is also being developed related to non-lethal management of wolves by exploring the use of small un-crewed aerial systems (drones) for hazing wolves away from livestock. The goal with drone hazing is for wolves to develop a negative association with livestock in a particular area (e.g., fenced pasture). Finally, GPS and acceleration data from collars deployed on cattle are being analyzed to evaluate the ability to quantify cattle movement and behavior to ultimately assess indirect cattle responses to wolf activity.

CPW has several social science/human dimensions research projects related to wolves, the largest of which assessed the social outcomes associated with wolf restoration and the public involvement process in Colorado. This study examined perspectives of various segments of the population including members of the stakeholder advisory group (SAG), other interested stakeholders, and members of the public using a combination of qualitative (interviews) and quantitative (surveys) methods. Additionally, trends in social values of wolf recovery by analyzing public comments submitted to CPW during the wolf management planning process are being investigated. Lastly, researchers are in the midst of a new effort examining the perceived efficacy of CPW's range rider program through a co-management approach, involving both range riders and producers in identifying success measures and monitoring throughout the season to support future adaptive management.

CPW is collaborating with partners at Colorado State University, Colorado State University Extension, and livestock producers. Funding sources for this research come from the National Science Foundation, Colorado General Fund, and Colorado State University.

### Publications

Brandell, E.E. 2025a. Pilot evaluation of prey distribution and moose recruitment following exposure to wolf predation risk in North Park, Colorado. Pages 11–13 in 2024 Mammals Research Summary Report. Colorado Parks and Wildlife. Fort Collins, Colorado, USA.

Brandell, E.E. 2025b. Evaluation of accelerometer collars and methods development for domestic cattle. Pages 33–35 in 2024 Mammals Research Summary Report. Colorado Parks and Wildlife. Fort Collins, Colorado, USA.

Niemiec, R., Quartuch, M.R., Gonzalez, M., & Champine, V. 2025. Social outcomes associated with a public and stakeholder engagement process for wolf reintroduction. Biological Conservation (in press).



Wolves are generalists, which means they can survive in many types of habitats, including various areas of Colorado, and eat a variety of prey items.

© ISTOCK

## Agency Collaboration

CPW and the Colorado Department of Agriculture (CDA) entered into a Memorandum of Understanding (MOU) to coordinate and collaborate in assisting agricultural producers in reducing livestock-predator conflict in concert with each other's statutory and regulatory roles and responsibilities (Appendix 2). This includes the advancement and field implementation of non-lethal management tools, handling public and media relations, and providing training. For the 2024-2025 reporting period CPW and CDA worked collaboratively on Fladry maintenance (3 sites), Fladry takedown (3 sites),Range Riding (2 efforts), and 12 outreach events (12 counties, 350+ attendees).

CPW has partnered with the US Department of Agriculture, National Wildlife Research Center to conduct genetic analyses of materials related to wolf genomics.



CPW staff assists with installing fladry (flagging interspersed on a single strand of electrified fencing) on a livestock producer's property.

© CPW PHOTO

## Education, Outreach and Media Responses

The CPW Gray Wolf Reintroduction email newsletter was launched in March 2021. CPW has issued 12 email newsletters in the reporting period, all are archived and listed on CPW's Wolves in Colorado webpage. The newsletter has more than 5,848 subscribers. The goal of these monthly email newsletters is to provide subscribers with the latest information and news about wolves in Colorado, including available educational resources, wolf movement maps and updates, wolf biology and behavior facts, and more. The subscriber number continues to grow as we promote the eNews via press releases, social media, and Colorado Outdoors Online blogs. The average click rate for eNews was 50%, which is considered high for an email newsletter.

To support public awareness and understanding of the wolf reintroduction work, the CPW Education Section developed additional tools for staff to use in education and interpretation programs. These "Pop-up" programs were developed to support Park staff engaging with visitors to learn more about wolves. 25 educators from the front range also signed up for a full-day workshop provided by CPW in June. Educators learned about the basic biology of wolves from CPW staff and wolf experts and then developed outlines for lessons they would use in K-12 classrooms.

## Media Response

CPW prepared numerous press releases during the reporting period, which are archived at this link(https://cpw.state.co.us/aboutus/Pages/NewsReleases.aspx). Media response occurred at the local, regional, state, national, and international levels. Social media was active on various channels, including Facebook, X (Twitter), Instagram, Youtube, and Vimeo.



**Appx. 014**

## Acknowledgments

**Many partners have been instrumental in the second year of wolf restoration to Colorado. These partners are (alphabetically):**

British Columbia Ministry of Water, Land and Resource Stewardship
Center for Human Carnivore Coexistence
Colorado Cattlemen's Association
Colorado Department of Agriculture
Colorado State University Extension
Colorado Wool Growers Association
Defenders of Wildlife
Holy Cross Cattlemen's Association
Idaho Fish and Game
North Park Stockgrowers Association
Oregon Department of Fish and Wildlife
Rocky Mountain Wolf Project
USDA-APHIS- Wildlife Services-Colorado
USDA-APHIS- Wildlife Services-Idaho
USDA-APHIS- Wildlife Services-Oregon
USDA Natural Resources Conservation Service
United States Fish and Wildlife Service
Western Landowners Alliance
Wolf Conflict Reduction Fund
Working Circle

## Appendix

Appendix 1: MOU with British Columbia (attached)

Appendix 2: MOU with Colorado Department of Agriculture (attached)

Appendix 3: Glossary

Biological Year - April 1, 2024 -March 31, 2025. The 2024-2025 Annual Report covers this period. Activities that have occurred since April 1, 2025 will be incorporated into the annual report covering the 2025-2026 Biological year.

Breeding pair/male/female - The dominant pair, male, or female that breeds in a wolf pack. The term "alpha" has fallen out of favor.

Group - Wolves that consistently travel together without documented reproduction.

Pack - A pack is made up of the breeding wolves and their offspring from that and previous years. Non related and more distantly related wolves may also be members of a pack. A group of wolves will only be named as a pack after documented reproduction.

Wolf ID - Each collared wolf is given an unique identifier. This 4 number code indicates the year that the animal was initially captured, and the consecutive order in which it was captured. For the last 2 digits, an odd number indicates that the animal is male; an even number indicates that the animal is female. Therefore 2301, was the first male captured in 2023. 2302 would be the first female captured in 2023. If not from Colorado, a hyphen with two letters indicating the source site is added.



**Colorado Parks and Wildlife**
6060 Broadway
Denver, CO 80216

**cpw.state.co.us**

**Memorandum of Understanding**

**Regarding the Translocation of Wolves from the Province of**

**British Columbia to the State of Colorado**

**Between**

**His Majesty the King in Right of the Province of British Columbia, as represented by the
British Columbia Minister of Water, Land and Resource Stewardship through the
Resource Stewardship Division (the "Province" or "WLRS RSD")**

**and**

**The State of Colorado, through the Colorado Division of Parks and Wildlife
("Colorado" or "CPW")**

(each a "Party" and collectively "the Parties")

**Recitals**

WHEREAS the Colorado Division of Parks and Wildlife (herein "CPW") is mandated by
Colorado Revised Statute 33-2-105.8 to restore a self-sustaining population of wolves to the state
of Colorado, and

WHEREAS CPW has developed a Wolf Restoration and Management Plan (hereafter "Plan")
that the Colorado Parks and Wildlife Commission approved on May 3, 2023, and

WHEREAS the Plan describes the process to translocate 10 to 15 wolves per year for three to
five years to establish a self-sustaining population, and

WHEREAS as a component of fulfilling the Colorado Revised Statute 33-2-105.8 mandate and
implementing the Plan, CPW has worked with the Unites States Fish and Wildlife Service to
designate wolves in Colorado, including translocated and naturally migrating wolves, as an
experimental population under section 10(j) of the federal Endangered Species Act; and

WHEREAS the Province and Colorado are committed to advancing conservation priorities for
their citizens, and

WHEREAS CPW has approached the Province's Ministry of Water, Land and Resource
Stewardship, Resource Stewardship Division (herein "WLRS RSD") requesting wolves to be
sourced from British Columbia to be translocated to Colorado to fulfill the Colorado Revised
Statute 33-2-105.8 mandate. This includes establishing a population of wolves in Colorado using
an adaptive management framework that incorporates monitoring and evaluation of wolves
relocated to the Colorado landscape; and

WHEREAS WLRS RSD expressed a willingness to consider relocation of wolves under wildlife
policy 4-7-13.02 Translocation of Wildlife and Non-native Species policy and 4-7-13.02
Translocation of Native and Non-native Wildlife procedure from British Columbia to Colorado,

Page 1 of 5

2024 Wolf Translocation Project

sourced from wolf populations currently targeted for reduction to support caribou recovery in British Columbia, and

WHEREAS wolves in British Columbia are not listed pursuant to the U.S. Federal Endangered Species Act; and

WHEREAS this agreement is a memorandum of understanding (hereinafter "MOU") with the objective of collaboration and participation of the Parties to work together as follows:

**2024 Wolf Translocation Project**

1. **Roles and responsibilities**
   a. Source location identification: WLRS RSD
   b. Source location confirmation: CPW
   c. Identification of target pack(s) for capture: WLRS RSD
   d. Capture of wolves from source location: WLRS RSD
   e. Staging (possession and care of captured wolves in British Columbia, including confirmation of health requirements): CPW
   f. Transport to Colorado and release: CPW

2. Subject to weather conditions, the safety of all personnel and the health and safety of wolves and non-target animal species, all of which will be assessed by the Province and its contractors in their discretion, the Province intends to attempt to capture up to 15 grey wolves from wolf packs
   a. currently targeted for predator reduction as per 4-7-04.06 Caribou Recovery Program Interim Aerial Wolf Reduction Procedure to support caribou recovery
   b. for which the province has conducted consultations with First Nations whose traditional territories overlap the proposed area of capture
   c. that overlap with elk range and are likely to use elk as a primary food source
   d. not known to be from a currently chronically depredating pack
   e. within a jet transportation distance to be determined by CPW
   e. between December 1, 2024 and April 15, 2025 inclusive

   It is a precondition to the Province's attempt to capture grey wolves under this MOU that the Province, Colorado, and any of their respective agents and contractors, have received and hold valid and subsisting federal, state and provincial permits necessary for the capture, possession, transportation, release, export from Canada and import to the United States of live grey wolves.

3. **Permit Requirements** for WLRS RSD and CPW to capture, possess, release and transport live wildlife within British Columbia:
   a. WLRS RSD (with the support of CPW) intends to seek approval for a permit from the Province under the Wildlife Act for the capture, possession release and transport of live wolves within British Columbia, following the policies outlined in the Translocation of Native and Non-Native Wildlife 04-07-13.02.

2024 Wolf Translocation Project

    b.   CPW intends to seek approval for any necessary permits for the export from Canada and import to the United States of grey wolves under the Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES).

4.   If the permits specified in Section 3(a) and 3(b) above are issued, CPW and WLRS RSD intend to apply following logistical and operational requirements to support implementation:
    a.   Logistical and operational requirements
        i.   Expert advice and local knowledge from WLRS RSD biologists will be used by WLRS to support selection of contractors required to support delivery.
    b.   WLRS RSD wildlife biologists and the Province's contractors, with the support of CPW or its contractors or agents, will attempt to capture up to 15 wolves that meet the requirements in section 2 above and that, through assessment at the staging location, are determined by CPW to meet the requirements in Subsection c below,
        i.   If WLRS RSD captures a wolf that do not meet the criteria below in c, as determined by WLRS RSD, the Province may, at its discretion, release the wolf at the capture site.
        ii.   If CPW determines, following assessment at the staging location, that a captured wolf does not mee the requirements below in c, CPW may, at its discretion, return possession of the wolf to the Province.
    c.   CPW will confirm at a staging location that wolves collected are healthy and meet the following criteria:
        i.   Age: 1-5 years,
        ii.   Three to four functional canine teeth,
        iii.   Eyes present, functional, good condition,
        iv.   Body condition fair or better,
        v.   No fractures or missing limbs (missing toe okay),
        vi.   No evidence of mange or lice infestation,
        vii.   No severe injury, or injury untreatable with on-site care at capture, and
        viii.   Negative heartworm test (conducted solely at staging location).
    d.   CPW will transport wolves from the staging location to the release location in Colorado and will release the transported wolves at the release location, in accordance with the Plan and its Wolf Capture Handling Guidelines, as amended from time to time.

5.   **Financial and resource requirements:** CPW and WLRS RSD will attempt to negotiate and conclude an agreement on the costs associated with implementing the translocation contemplated by this MOU.  Such an agreement, if reached, should include the following terms and conditions:
    a.   CPW shall be responsible for, and shall reimburse the Province for, all incurred costs of the Province associated with the capture (excluding salary time for WLRS RSD staff), including pre-capture reconnaissance flights, and including all related contractor costs incurred by the Province.

2024 Wolf Translocation Project

    b. CPW shall be responsible for all costs associated with the staging location, including health inspections at the staging location.

    c. CPW shall be responsible for all costs associated with possession, care and transport of wolves from staging location in British Columbia to the release location in Colorado.

    d. CPW shall be responsible for all costs associated with First Nations' ceremony at the capture site or staging area, to be confirmed by both Parties.

    e. CPW shall be responsible for, and shall reimburse the Province for, the costs incurred by the Province for up to four provincial representatives to travel to Colorado to attend the release of the wolves (including air travel, accommodation and meal per diems).

    f. CPW shall be responsible for, and shall reimburse the Province for, the costs of wolf capture gear purchased by the Province, up to a maximum of $20,000 Canadian dollars.

    g. A process for reimbursement of the Province by Colorado, in US dollars.

    h. Provision for the reimbursement of the Province by Colorado for the above costs in the event that either party terminates the agreement before its expiry.

    i. An assumption of risk and release of liability from Colorado.

6. **Adaptive Management:**

    a. WLRS RSD and CPW will conduct a debrief post-release

    b. CPW will provide information on the survival of translocated wolves for a joint review between CPW and WLRS RSD

        i. Information on the survival of translocated wolves will be shared by WLRS RSD with First Nation partners

    c. Prior to any future translocations, a and b above will be reviewed by the Parties and affected First Nations in British Columbia so they may recommend improvements for future years (under future agreements, if any), as necessary.

7. **Term:** The term of this MOU commences on the date of last signature and ends on April 15, 2025.

8. **Termination:** Either Party may terminate this MOU effective upon delivery of written notice to the other Party, or at such later date as may be specified in the notice.

9. **Jurisdictional Responsibility:** Wolves existing within the boundaries of the Province of British Columbia are within the jurisdictional responsibilities of the Province of British Columbia, and the leadership of First Nation stewards. The Parties intend that jurisdictional responsibility of wolves captured pursuant to this MOU transfers from the Province to Colorado at the time the captured wolves exit the boundaries of the Province of British Columbia.

2024 Wolf Translocation Project

10. **Non-Binding:** The purpose of this MOU is to record in writing the understanding of each
Party of the matters described herein as they seek to work together to accomplish a mutually
desired objective; in other words, to avoid misunderstanding between them and to set forth
methods to work together toward accomplishing the objectives of this MOU.   By signing
this MOU, the Parties agree to participate in and work towards the objectives of this MOU.
In implementing this MOU, each Party shall be bound by and subject to the requirements of
that Party's policies, standard operation procedures, and protocol for approval of any future
transactions and other agreements contemplated by this MOU. This MOU does not contain a
complete statement of all terms and conditions of the proposed transactions between the
Parties but provides a basis for further negotiations. This MOU is not legally binding and
does not impose any enforceable obligation on the Parties to negotiate or conclude an
agreement. No subsequent oral agreement or conduct of the Parties, including partial
performance, shall be deemed to impose such obligation or liability. The legal rights and
obligations of each Party shall be only those that are set forth in a separate definitive duly
executed written agreement incorporating all the terms, conditions, and obligations of the
Parties.

This MOU is entered into as of this __5th__ day of ___September___, 2024.

**For the Province of British Columbia**

_____
Jennifer Psyllakis
A/Assistant Deputy Minister
Resource Stewardship Division

**For the State of Colorado, by and
through its Colorado Parks and Wildlife**

_____
Jeff Davis
Director
Colorado Parks and Wildlife

# Memorandum of Understanding Between the
# Colorado Department of Agriculture and the
# Colorado Department of Natural Resources
# Division of Parks and Wildlife

**Whereas,** the Colorado Department of Agriculture, hereinafter referred to as CDA, has a mission to strengthen and advance agriculture within the State of Colorado, and

**Whereas,** the Division of Parks and Wildlife, hereinafter referred to as CPW, housed in Department of Natural Resources is charged under the laws of the State of Colorado with the management and enhancement of the state's wildlife resources, and

**Whereas,** Proposition 114, passed by the voters of Colorado in 2020 and codified in C.R.S. § 33-2-105.8, directs CPW to reintroduce gray wolves west of the Continental Divide, and

**Whereas,** C.R.S. § 33-3-104(1)(a) establishes that the state is liable for damages to livestock or personal property used in the production of raw agricultural products caused by big game, and

**Whereas,** CPW administers the Game Damage Program that provides game damage prevention materials to agricultural producers and landowners.as well as compensation for damages caused by "big game," and

**Whereas,** "big game" is defined in C.R.S. § 33-1-102(2) as elk, white-tailed deer, mule deer, moose, rocky mountain bighorn sheep, desert bighorn sheep, rocky mountain goat, pronghorn antelope, black bear, mountain lion, and all species of large mammals that may be introduced or transplanted into this state for hunting or are classified as big game by the commission, and

**Whereas,** gray wolves are not considered "big game" entitled to compensation under the Game Damage Program, and

**Whereas,** the State is not liable for damage from coyotes, bobcats, or dogs pursuant to C.R.S. § 33-3-103(1)(a), and

**Whereas,** CPW administers the Grey Wolf Compensation and Conflict Minimization Program pursuant to C.R.S. § 33-2-105.8 and reimburses damages caused by gray wolves to livestock defined in C.R.S. § 33-2-105.8 and animals used for guard/herding purposes, and

1

**Whereas,** C.R.S. § 33-2-105.8(4.5)(a) directs that the general assembly shall appropriate money to CPW or otherwise authorize CPW to expend money from one or more of the following funds:

(I) The general fund;

(II) The species conservation trust fund created in section 24-33-111 (2)(a);

(III) The Colorado nongame conservation and wildlife restoration cash fund created in section 33-1-125; or

(IV) The wildlife cash fund created in section 33-1-112 (1); except that any money within the wildlife cash fund that is generated from the sale of hunting and fishing licenses or from associated federal grants is not available for appropriation under this section, and

**Whereas,** C.R.S. § 33-2-105.8 states that CPW will oversee gray wolf restoration and management, including the distribution of state funds to: assist livestock owners in preventing and resolving conflicts between gray wolves and livestock, and pay fair compensation to livestock owners for any losses caused by gray wolves, and

**Whereas,** it is the mutual desire of CDA and CPW to manage and recover gray wolf populations within Colorado while minimizing conflicts with livestock and agricultural producers, and

**Whereas,** CDA and CPW each possess unique knowledge, skill sets, information databases, and communication networks that can be leveraged by working collaboratively to assist livestock and agricultural producers in reducing the risk and resolution of conflict with depreciating animals through outreach, education, and the implementation of a proactive, data-driven non-lethal conflict minimization program, and

**Whereas,** It is for the economic, social, cultural, and recreational benefit of Colorado's citizens and visitors that CPW and CDA collaborate for the common purpose of maintaining and improving Colorado's agriculture systems while simultaneously protecting and managing Colorado's wildlife, including carnivores and gray wolves reintroduced to the state through the Colorado Wolf Restoration and Management Plan.

**Now Therefore,** CDA and CPW agree to coordinate and collaborate in assisting agricultural producers in reducing livestock-predator conflict in concert with each other's statutory and regulatory roles and responsibilities as described within this MOU. This MOU embodies the idea that these goals are complementary and so establishes a program of cooperation between the agencies.

**Authority:**

This MOU is entered into pursuant to the authority of C.R.S. §§ 33-1-110(1) and 35-1-107(7).

2

This MOU does not invalidate or supersede any other MOUs or other agreements between CPW and CDA.

## Specific Areas of Collaboration

**Communication and Coordination**

CDA agrees to:

1. Work directly with agricultural producers in the deployment of a non-lethal technical assistance program including range riding and livestock management strategies that may be most effective for their operation.
2. CDA's Commissioner of Agriculture is an ex-officio, non-voting member of the Colorado Parks and Wildlife Commission (CPW Commission). The Commissioner and/or CDA staff continue to attend CPW Commission meetings to maintain communication and collaboration between the two agencies.
3. Assist CPW staff as requested in the preparation and presentation of information relating to the depredation of livestock.
4. Maintain the confidentiality of all suspected wolf depredation of livestock information until CPW has made that information public.

CPW agrees to:

1. Make efforts to notify CDA of reported or suspected wolf depredation of livestock and, if appropriate, solicit CDA's support in working with the impacted livestock and agricultural producers and neighboring communities.

Both parties agree to:

1. Appoint a principal representative who will be responsible for coordination and continuation of meetings related to this MOU.
2. Attend multi-organization depredation meetings in the spring and fall each year to discuss topics of mutual concern. Potential substantive topics include but are not limited to areas of depreciating wildlife-livestock conflict, efficacy of non-lethal deterrent tools and strategies, and frequency of cross-training between the parties.
3. Establish a coordinated program that facilitates data capture and analysis; uses peer-to-peer sharing and other effective outreach strategies identified from social science research to engage agricultural producers and landowners in deploying non-lethal tools; works directly with agricultural producers and landowners to identify, evaluate, and assist in the deployment of non-lethal tools and livestock management strategies that may be most effective for their operation; and measures the effectiveness of outreach and engagement strategies on adoption of tools as well as the effectiveness of

3

non-lethal tools and livestock management strategies on depredations, conflict with wolves and.other carnivores, and livestock welfare.

4    Look for additional opportunities to coordinate with other governments and organizations to inform and improve the goals of this MOU.

5.   Support one another in identifying and obtaining additional grant or federal funding to assist efforts consistent with this MOU.

6.   Meet and review this MOU at least annually to reflect upon lessons learned and, based upon those findings, to incorporate updates in furtherance of the goals outlined in this MOU.

**Advancing the Adoption of Non-Lethal Management Tools**

CDA agrees to:

1.   Develop and implement technical assistance for carcass removal, non-lethal training, livestock management practices such as night-penning, and socialization of emerging technologies to minimize gray wolf and carnivore impacts on livestock.

2    Seek out and cultivate leadership from within the agricultural community to advance this work in such a way as to maximize agricultural producer buy-in and sharing of successful non-lethal tools and strategies in addressing and resolving livestock-wildlife conflict.

Both parties agree to:

1.   Coordinate outreach and facilitate education of agricultural producers.

2.   Continue to cultivate partnerships that advance the adoption of non-lethal tools and strategies and proactively seek further opportunities for such advancement.

3.   Identify and utilize all relevant public communications channels as feasible to help advance the adoption of non-lethal management tools and strategies.

4    Advocate for resources and incentives like cost shares to drive the adoption of non-lethal management tools and strategies.

**Public and Media Relations**

Both parties agree to:

1.   Collaborate in developing and co-branding educational materials that provide information about non-lethal livestock management practices, including carcass disposal, management techniques, and deterrent methods designed to reduce conflicts between depreciating wildlife and livestock.

2    Notify the other party in advance of issuing a press release and give the other party an opportunity to advise and incorporate context-clarifying changes before said release is made public.

3.   Collaborate on media responses. In situations where media contact requires immediate response and does not afford advance communication between agencies, any statements given by one party in respect to the other will be

4

relayed to the latter expeditiously with the opportunity to clarify and add needed context to said statement(s).
4. Jointly develop and use common language and mutually agreed-upon talking points to provide consistency and continuity regarding depreciating wildlife conflict minimization efforts.
5. If promoting work, outreach, or information through communication channels, including social media, traditional press, and web platforms, the primary party will tag, mention, or link to the partnering party's platforms when appropriate.

**Training**

Both parties agree to:

1. Conduct cross-training at least annually between CDA and CPW staff who work with potentially impacted communities to improve communication, understanding of available programs at both agencies, and delivery of services and resources to impacted individuals and communities.
2. Avail staff and impacted communities of training opportunities with individuals, organizations, and communities from areas where producers have successfully implemented non-lethal wildlife-livestock conflict tools and strategies. Training topics should include, but are not limited to: scope of each party's statutory authority on the matter at hand; the availability of resources, including technical assistance and tools; identification of resources currently lacking; and updates on new and emerging best practices relevant to the goals outlined in this MOU.

## Consideration of Resource Constraints & Opportunities

Much of this MOU can be executed within existing resources when considering each party's ability to coordinate with one another and lean on existing relationships and communication channels to share best practices. However, as of the signing of this MOU, CDA does not have the resources to provide broad technical assistance or tools directly to livestock and agricultural producers for purposes of this MOU alone. Along those lines, a key priority of this collaboration will be capacity-building through the stockpiling of non-lethal tools; identification and pursuit of funding opportunities; and leveraging of existing resources, such as cross-training with existing field staff and key agricultural associations who can help achieve the aforestated goals. For this reason, the partnership between CDA, CPW, and associated field staff remains paramount.

## Effect and Impact

Nothing in this MOU by and between CDA and CPW shall be construed as limiting or expanding the statutory or regulatory authorities or responsibilities of either party or any

5

individual or entity acting on behalf of the party in performing functions granted to them by law; or as requiring either party to expend any sum in excess of its respective appropriation. Each and every provision of this MOU is subject to the laws and regulations of the State of Colorado and the United States.

Nothing in this MOU shall be construed as expanding the liability of either party. In the event of a liability claim, each party shall be responsible for defending its own interests. Neither party shall be required to provide indemnification of the other. This MOU does not in any way restrict any entity from participating in similar activities with other public or private agencies, organizations, and individuals for the purposes of non-lethal wolf management.

This MOU shall become effective when signed by parties. This MOU shall remain in force for ten years from the date of the last signature unless it is mutually extended, amended, or formally terminated by either party after thirty (30) calendar days written notice to the other party.

_____

Kate Greenberg
Commissioner of Agriculture

_____

Jeff Davis
Director, Colorado Parks & Wildlife

Date:  11/08/2023

Date:  11/08/2023

_____

6

**Appx. 026**